<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-1680**

---

ROSS A. FIORANI, JR.,

Plaintiff - Appellant,

v.

NAVY FEDERAL CREDIT UNION; ROBERT BERGER; KAREN COMPHER; FAIRFAX COUNTY POLICE DEPARTMENT; OFFICER FEIGLESON, official capacity; SHENANDOAH INTELLIGENCE AGENCY, INC.; THEMA T. SCOTT,

Defendants - Appellees.

---

**No. 15-1717**

---

ROSS A. FIORANI, JR.,

Plaintiff - Appellant,

v.

NAVY FEDERAL CREDIT UNION; ROBERT BERGER; KAREN COMPHER; FAIRFAX COUNTY POLICE DEPARTMENT; OFFICER FEIGLESON, official capacity; SHENANDOAH INTELLIGENCE AGENCY, INC.; THEMA T. SCOTT,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:15-cv-00667-LO-JFA)

---

Submitted: November 17, 2015          Decided: November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ross A. Fiorani, Jr., Appellant Pro Se. Thomas R. Waskom, HUNTON & WILLIAMS, LLP, Richmond, Virginia; Ann Gouldin Killalea, Assistant County Attorney, Fairfax, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ross A. Fiorani, Jr., seeks to appeal the district court's order dismissing his civil complaint and denying his challenge to the removal of the action from state court.* We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Fiorani v. Navy Fed. Credit Union, No. 1:15-cv-00667-LO-JFA (E.D. Va. June 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* In Appeal No. 15-1680, Fiorani does not identify the order he seeks to appeal. In fact, we found no entry of any order prior to the filing of his notice of appeal. In his notice of appeal, Fiorani generally objected to the removal of his action to federal district court, a claim addressed in the district court's final order, the subject of Appeal No. 15-1717.